```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
          -v-                                                          :   19-CR-648-4 (JMF)
                                                                       :
JAVIER ALEXANDER FORERO-ALVAREZ,                                       :          ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

WHEREAS, with the consent of the defendant, JAVIER ALEXANDER FORERO-ALVAREZ, his guilty plea allocution was taken before a United States Magistrate Judge on May 10, 2023; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted;

IT IS FURTHER ORDERED that sentencing in this matter is ADJOURNED to **August 23, 2023,** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007; and

IT IS FURTHER ORDERED that the parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's

sentencing submission shall be filed two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be filed one week in advance of the date set for sentencing. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

    SO ORDERED.

Dated: May 17, 2023
       New York, New York

                                            JESSE M. FURMAN
                                      United States District Judge